# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL TORRES MEDRANO, | § | |
| | § | |
| *Petitioner-Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-03495-E-BN |
| | § | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd Lyons, Acting Director of ICE; Pamela BONDI, U.S. Attorney General; Joshua D. Johnson, Field Office Director of Enforcement and Removal Operations, Dallas Field Office, Immigration and Customs Enforcement, | § | |
| | § | |
| *Respondents-Defendants*. | § | |

## ORDER

The Court VACATES its prior order. (ECF No. 4). The Court intends, by separate order, to address its concerns as to venue in this case.

**SO ORDERED.**

22nd day of December, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE