UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL ANGEL TORRES MEDRANO,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

No. 1:25-CV-285-H

## ORDER

Before the Court is Miguel Angel Torres Medrano's petition for a writ of habeas corpus. Dkt. No. 1. Though not presented as a separate claim, Torres Medrano appears to argue that, if the straightforward application of the INA requires that he be detained under Section 1225(b)(2)(A), then his detention without a warrant violates the Fourth Amendment. *See* Dkt. No. 1 ¶¶ 2, 25, 122–25.

Therefore, the Court orders the respondents to file a response, no later than February 13, 2026, addressing whether Torres Medrano's detention without an arrest warrant violates the Fourth Amendment. The response should contain all evidence relevant to Torres Medrano's claim. Torres Medrano may file a reply with additional evidence on the Fourth Amendment issue on or before February 27, 2026.

So ordered on January 30, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE