FILED - USDC - NDTX - SA
APR 13 '26 AM11:22

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL ANGEL TORRES
MEDRANO,

      Petitioner,

v.

MARKWAYNE MULLIN, et al.,[1]

      Respondents.

No. 1:25-CV-285-H

## ORDER

Miguel Angel Torres Medrano petitioned for a writ of habeas corpus challenging his mandatory detention without bond. Dkt. No. 1. The respondents inform the Court that they have released Torres Medrano from custody. Dkt. No. 17. In particular, the IJ assigned to Torres Medrano's case notes that Torre Medrano is leaving the United States in order to receive a visa at the U.S. Consulate in Ciudad Juarez, Mexico. Dkt. No. 17-1 at 2. Based on the information provided by the respondents, the Court concludes that Torres Medrano's claims are moot. Cf. Nieto-Ramirez v. Holder, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

---

[1] Markwayne Mullin replaced Kristi Noem as Secretary of Homeland Security on March 26, 2026. Thus, he is automatically substituted as a party to this action. See Fed. R. Civ. P. 25(d).

– 2 –

So ordered on April 13, 2026.

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE